# Order

**Supreme Court**
**Lansing, Michigan**

October 6, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128438

STEVEN D'AGOSTINI,
      Plaintiff-Appellee,

v

                                        SC: 128438
                                        COA: 250896

CLINTON GROVE CONDOMINIUM
ASSOCIATION,
             Defendant-Appellant.
                                        Macomb CC: 02-001704-NO

_____/

      On order of the Court, the application for leave to appeal the March 1, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the decision of the Court of Appeals and REINSTATE the judgment of the Macomb Circuit Court, for the reasons stated in the dissenting opinion. See *Kenny v Kaatz Funeral Home, Inc,* 472 Mich 929 (2005).

      CAVANAGH and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2005                            _____
                                           Clerk

t0929